1 BARRY J. PORTMAN
Federal Public Defender
2 SHAWN HALBERT
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant KELLY DARLING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 09-0627 EMC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| KELLY DARLING | ) ) | |
| Defendant. | ) ) | |

    The parties are scheduled to appear before this Court on October 21, 2009 for status. Defense counsel has requested additional time to complete further investigation that would be helpful to determine whether the parties can resolve the can or whether the defense will file a motion to suppress evidence. The defense requests that the matter be continued to November 24, 2009 at 9:30 a.m. Based on the aforementioned information, the government has no objection to the request.

    The parties also agree that the time between October 21, 2009 and November 24, 2009 should be excluded under the Speedy Trial Act. The continuance is necessary for continuity of defense counsel and represents the reasonable time necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting

1  such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

2  18 U.S.C. § 3161(h)(7)(A).

3  SO STIPULATED:

4                                            JOSEPH P. RUSSONIELLO
                                          United States Attorney

7  DATED: October 20, 2009                    /s/
                                          ACADIA SENESE
                                          Special Assistant United States Attorney

10  DATED: October 20, 2009                   /s/
                                          SHAWN HALBERT
                                          Assistant Federal Public Defender

     For the reasons stated above, the Court finds that the continuance of time for the next hearing before this court from October 21, 2009 to November 24, 2009 is warranted because the failure to grant the requested continuance would deny the defendant continuity of counsel and effective preparation of counsel; thus, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A), (h)(7)(B)(iv).

SO ORDERED.

DATED: 11/24/09

THE HONORABLE EDWARD M. CHEN
United States Magistrate Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Edward M. Chen]*

STIP. & [PROPOSED] ORDER EXCL. TIME
CR No. 09-0627 EMC                                                                                              2