1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax:  (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    CR No. 09-0627 EMC
                                     )
14          Plaintiff,                )
                                     )    STIPULATION AND
15      v.                            )    ORDER CONTINUING HEARING DATE
                                     )    AND EXCLUDING TIME
16  KELLY DARLING,                   )
                                     )
17                                    )
            Defendant.                )
18  _____     )

19      On December 16, 2010, the parties in this case appeared before the Honorable Edward M.

20  Chen for a status meeting.  Defense counsel stated that she would file a motion to dismiss.  The

21  Court set a briefing schedule in the matter and set argument on February 2, 2011.  At that time,

22  the parties agreed to an exclusion of time under the Speedy Trial Act from December 16, 2010 to

23  February 2, 2011.

24      The defendant filed her motion on December 23, 2010.  The Government conferred with

25  defense counsel and discussed a possible disposition of the case with defense counsel.  The

26  defendant subsequently informed the Government that she would like to proceed with the

27  motion.  Accordingly, the Government and the defendant stipulate that the hearing be continued

28  for a period of one week to February 9, 2011 at 3:00 p.m. before the Court.  The Government

1 will file its opposition on February 2, 2011 and the defendant will file her reply on February 7,
2 2011.

3 The parties further stipulated that, as per the Speedy Trial Act, time should be excluded from
4 February 2, 2011 to February 9, 2011. The parties represent that granting the continuance is
5 necessary, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A) and
6 (B)(iv). The parties also agree that the ends of justice served by granting such a continuance
7 outweighed the best interests of the public and of the defendants in a speedy trial. See 18 U.S.C.
8 § 3161(h)(8)(A).

11 IT IS SO STIPULATED:

12                 MELINDA HAAG
                United States Attorney

14 DATED:   1/28/11              /s/
                ACADIA L. SENESE
15                 Special Assistant United States Attorney

17 DATED:   1/28/11              /s/
                SHAWN HALBERT
18                 Attorney for Ms. Darling

19    IT IS HEREBY ORDERED that the hearing is continued until February 9, 2011 and that
20 time is excluded under the Speedy Trial Act from February 2, 2011 to February 9, 2011, under 18
21 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv).

23 IT IS SO ORDERED.

25 DATED:   1/31/11

26 THE HO[N]
United St[ates]

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Proposed Stipulation and Order
CR No. 09-0632 EMC                           2